

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-16-00131-CV

**REGENT CARE CENTER AT MEDICAL CENTER**,
Appellant

v.

William **HOLLIS**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380950
Honorable Karen A. Crouch, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file a motion for rehearing is granted. We order appellant's motion for rehearing due May 29, 2017. *See* TEX. R. APP. P. 49.8.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court